## UNITED STATES of America

### v.

**An Article of Device Consisting of 24 DE-VICES, MORE OR LESS, Individually Cartoned and Labeled in Part: (Device) "\* \* \* SUNFLO FLOWING AIR PURIFIER" (Leaflet in Carton) "The Amazing New Sunflo Flowing Air Purifier" and Including Two Display Cards Reading in Part: "\* \* \* Asthma, Sinus, Hay Fever Relief \* \* \* Sunflo \* \* \*," Which Display Cards Accompany Said Article and Contain Statements Relating Thereto.**

**Modern Aids, Inc. (Claimant), Appellant.**

### No. 14172.

United States Court of Appeals
Third Circuit.

Argued June 11, 1963.

Decided June 18, 1963.

Milton A. Bass, New York City (Bass & Friend, New York City, on the brief), for appellant.

Duane L. Nelson, Criminal Division, Dept. of Justice, Washington, D. C. (David M. Satz, Jr., U. S. Atty., Newark, N. J., Jerome D. Schwitzer, Asst. U. S. Atty., Newark, N. J., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court dated June 4, 1962 will be affirmed for the reasons so well stated by Judge Wortendyke in his opinion reported at 202 F.Supp. 147 (D.N.J.1962).

## James W. RALPH

### v.

### HARRY ZUBIK COMPANY, Inc., Appellant.

### No. 14348.

United States Court of Appeals
Third Circuit.

Argued June 21, 1963.

Decided July 31, 1963.

Martin E. Geary, Esquire, Pittsburgh, Pa., for appellant.

Lloyd F. Engle, Jr., Pittsburgh, Pa. (Wilner, Wilner & Kuhn, Pittsburgh, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, STALEY, Circuit Judge, and STEEL, District Judge.

PER CURIAM.

We have examined carefully the record in this case and have considered the arguments of the parties. We perceive no substantial error in the proceedings. Accordingly, the judgment appealed from will be affirmed. D.C., 214 F.Supp. 145.